## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS, INC., ALEXANDER C. MATINA, BENJAMIN HOCHBERG, DAVID MOUNTS, JEAN M. BIRCH, JOHN SHAFER, KATHERINE L. SCHERPING, NOAH A. ELBOGEN, ROB WEISBERG, WELDON SPANGLER, YOON JIN KIM, MTY FRANCHISING USA, INC., and MTY COLUMBIA MERGER SUB, INC.,<br><br>Defendants. | Case No. 1:19-cv-00791-MN<br>Hon. Judge Maryellen Noreika |

## MOTION BY EVAN BROWN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), plaintiff Evan Brown ("Brown") respectfully moves this Court for an order: (i) appointing Brown as Lead Plaintiff; (ii) approving Brown's selection of the law firm of Monteverde & Associates PC to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Brown submits herewith the accompanying Memorandum of Law and the Declaration of Blake A. Bennett.

Dated: July 3, 2019

**COOCH AND TAYLOR, P.A.**

**MONTEVERDE & ASSOCIATES PC**                            */s/ Blake A. Bennett*
Juan E. Monteverde                                        Blake A. Bennett (#5133)
The Empire State Building                                 The Brandywine Building
350 Fifth Avenue, Suite 4405                              1000 West Street, 10th Floor
New York, NY 10118                                        Wilmington, DE 19801
Tel.: (212) 971-1341                                      Tel.: (302) 984-3800
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com                      *Attorneys for Brown*

*Attorneys for Brown*