# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PAPA MURPHY'S HOLDINGS, INC., ALEXANDER C. MATINA, BENJAMIN HOCHBERG, DAVID MOUNTS, JEAN M. BIRCH, JOHN SHAFER, KATHERINE L. SCHERPING, NOAH A. ELBOGEN, ROB WEISBERG, WELDON SPANGLER, YOON JIN KIM, MTY FRANCHISING USA, INC., and MTY COLUMBIA MERGER SUB, INC.,<br><br>              Defendants. | Case No. 1:19-cv-00791-MN<br><br>JURY TRIAL DEMANDED<br><br><u>CLASS ACTION</u> |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice as moot. In doing so, plaintiff reserves all rights, including the right to institute proceedings to determine a mootness fee claim. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: July 17, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
    Brian D. Long (#4347)
    Gina M. Serra (#5387)
    300 Delaware Avenue, Suite 1220
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: bdl@rl-legal.com
    Email: gms@rl-legal.com

    *Attorneys for Plaintiff*