## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS, INC., ALEXANDER C. MATINA, BENJAMIN HOCHBERG, DAVID MOUNTS, JEAN M. BIRCH, JOHN SHAFER, KATHERINE L. SCHERPING, NOAH A. ELBOGEN, ROB WEISBERG, WELDON SPANGLER, YOON JIN KIM, MTY FRANCHISING USA, INC., and MTY COLUMBIA MERGER SUB, INC.,<br><br>Defendants. | Case No. 1:19-cv-00791-MN<br>Hon. Judge Maryellen Noreika |

## NOTICE TO WITHDRAW WITHOUT PREJUDICE
## MOTION FOR LEAD PLAINTIFF AND COUNSEL AS MOOT

Movant Evan Brown ("Movant") respectfully submits this notice to withdraw without prejudice his July 3, 2019 motion to appoint lead plaintiff and counsel (D.I. 3) as moot. On August 12, 2019, Movant also filed his motion for lead plaintiff and counsel in parallel litigation brought by Movant pending before Judge Richard Creature in the Western District of Washington (the "Washington Court"). On September 9, 2019, the Washington Court entered an order appointing Movant and his counsel as lead plaintiff and counsel, respectively. See Order attached as Exhibit A. Accordingly, Movant's motion for lead plaintiff and counsel (D.I. 3) is hereby withdrawn without prejudice as moot.

Dated: October 7, 2019

**COOCH AND TAYLOR, P.A.**

**MONTEVERDE & ASSOCIATES PC**

Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Tel.: (302) 984-3800

*Attorneys for Movant*

*Attorneys for Movant*